## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Gwendolyn | Case Number:  04 B 47244 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/10/08 | Filed:  12/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  June 6, 2008

Confirmed:  February 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,303.51 | |
| Secured: | | 0.00 |
| Unsecured: | | 226.07 |
| Priority: | | 4,090.11 |
| Administrative: | | 2,594.00 |
| Trustee Fee: | | 393.33 |
| Other Funds: | | 0.00 |
| Totals: | 7,303.51 | 7,303.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Devon Financial Services Inc | Priority | 390.28 | 0.00 |
| 3. | Internal Revenue Service | Priority | 4,090.11 | 4,090.11 |
| 4. | Arrowhead Investments | Unsecured | 30.00 | 30.00 |
| 5. | Internal Revenue Service | Unsecured | 6.98 | 6.98 |
| 6. | Quick Payday | Unsecured | 36.00 | 36.00 |
| 7. | RoundUp Funding LLC | Unsecured | 81.61 | 81.61 |
| 8. | RoundUp Funding LLC | Unsecured | 37.45 | 37.45 |
| 9. | Peoples Energy Corp | Unsecured | 17.36 | 0.00 |
| 10. | Devon Financial Services Inc | Unsecured | 34.03 | 34.03 |
| 11. | American Lenders Facilities | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | Cash Today | Unsecured | | No Claim Filed |
| 14. | American Lenders Facilities | Unsecured | | No Claim Filed |
| 15. | Access Cash | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Bureau Of Account Management | Unsecured | | No Claim Filed |
| 19. | Rio Resources | Unsecured | | No Claim Filed |
| 20. | Cash Net | Unsecured | | No Claim Filed |
| 21. | Cash Advance | Unsecured | | No Claim Filed |
| 22. | Columbia House | Unsecured | | No Claim Filed |
| 23. | Columbia House | Unsecured | | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 25. | Popular Merchandise | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Gwendolyn

Printed:  6/10/08

Case Number:  04 B 47244

Judge:  Hollis, Pamela S

Filed:  12/23/04

| | | | |
|---|---|---|---|
| 26. | Easy Pay Loan | Unsecured | No Claim Filed |
| 27. | Instant Cash Advance | Unsecured | No Claim Filed |
| 28. | National Title Loans Inc | Unsecured | No Claim Filed |
| 29. | Preferred Cash Loans | Unsecured | No Claim Filed |
| 30. | Ventures Zurich | Unsecured | No Claim Filed |
| 31. | St Francis | Unsecured | No Claim Filed |
| 32. | United Cash Loans | Unsecured | No Claim Filed |
| 33. | TRS Services | Unsecured | No Claim Filed |
| 34. | AIP | Unsecured | No Claim Filed |
| 35. | US Fast Cash | Unsecured | No Claim Filed |

_____          _____

$ 7,317.82          $ 6,910.18

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 13.00 |
| 4% | 8.00 |
| 5.5% | 154.00 |
| 5% | 20.00 |
| 4.8% | 57.60 |
| 5.4% | 140.73 |

_____

$ 393.33

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

